| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>1:06CR00273-3 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br>Rory Praylow | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK |  |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Robert P. Patterson | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>03/29/2019 | TO<br>03/28/2024 |

OFFENSE

Count 1: CONSPIRACY TO DISTRIBUTE AND POSESS WITH INTENT TO DISTRIBUTE HEROIN- In violation of 21 U.S.C. 846, a Class A Felony. Count 2: DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE HEROIN, in violation of 21 U.S.C. 812, 841(a)(1) and 841(b)(1)(B), a Class B Felony. Count 3: POSSESSING A FIREARM IN FURTHERANCE OF A NARCOTICS TRAFFICKING CRIME, in violation of 18 U.S.C. 924(c) a Class A Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/20/2020
*Date*

*/s/ Vernon Broderick*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                                             *United States District Judge*